

FILED

JUN 2 6 2019

Clerk, U.S District Court
District Of Montana
Great Falls

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| SANDRA J. HORN,<br><br>    Plaintiff,<br><br>vs.<br><br>K&K TRUCKING, INC. and PETER BARBER,<br><br>    Defendants. | CV 18-123-GF-BMM-JTJ<br><br>ORDER |

The Court conducted a telephonic status conference in this case on June 26, 2019. Plaintiff was represented by Brian M. Joos, Esq. Defendants were represented by Adam M. Shaw, Esq. and Scott G. Gratton, Esq. The parties requested that the Court vacate the current Scheduling Order and set a scheduling conference in approximately 60 days.

Accordingly, IT IS ORDERED:

1. The parties' oral motion to Vacate Scheduling Order is GRANTED.

2. The Scheduling Order issued on November 14, 2018 (Doc. 17) is VACATED.

3. The Court will conduct a telephonic status conference on

August 26, 2019, at 2:00 p.m for the purpose of establishing a schedule for the final disposition of this case. The Court will provide the parties with the call-in number.

DATED this 26th day of June, 2019.

John Johnston
United States Magistrate Judge